886

*Vickery* for the Texas Employers' Insurance Association, respondents.

No. 358. WHELAN ET AL. *v.* RILEY, ASSESSOR-COLLECTOR OF TAXES. C. A. 5th Cir. Certiorari denied. *James D. Smullen* for petitioners.

No. 359. KELLY *v.* GENERAL ELECTRIC Co. C. A. 3d Cir. Certiorari denied. *Ernest Ray White* for petitioner. *Henry S. Drinker, Charles J. Biddle* and *Francis Hopkinson* for respondent.

No. 360. FONTANA *v.* HURON STEVEDORING CORP. C. A. 2d Cir. Certiorari denied. *Nathan Baker* for petitioner. *Thomas Coyne* and *Vernon S. Jones* for respondent.

No. 361. GUIBERSON CORPORATION *v.* GARRETT OIL TOOLS, INC. C. A. 5th Cir. Certiorari denied. *S. Austin Wier* for petitioner. *James B. Simms* for respondent.

No. 362. BIGELOW ET AL. *v.* RKO RADIO PICTURES, INC. ET AL. C. A. 7th Cir. Certiorari denied. *Thomas C. McConnell* for petitioners. *George L. Siegel* and *Edward C. Raftery* for the Winston Theatre Corporation, respondent.

No. 363. STRONGHOLD SCREW PRODUCTS, INC. *v.* INDEPENDENT NAIL & PACKING Co., INC. C. A. 7th Cir. Certiorari denied. *Casper W. Ooms* for petitioner. *Thomas F. McWilliams* and *Herbert A. Baker* for respondent.

No. 365. HILLSBORO NATIONAL BANK *v.* BUSCHER, TRUSTEE IN BANKRUPTCY. C. A. 7th Cir. Certiorari